UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN CHRISTIAN,

                Plaintiff,

-against-

DIRECTOR FORDHAM MANAGEMENT
JANE/JOHN DOE,

                Defendant.

22-CV-0612 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued March 14, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 14, 2022
           New York, New York

                                      /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                  Chief United States District Judge